CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Sergio Antonio Miranda-Cuevas; DOB: 1994; Mexican Citizen<br>Jose David Rascon-Ramirez; DOB: 1993; Mexican Citizen<br>Armando Rascon-Ramirez; DOB: 1996; Mexican Citizen<br>Marco Antonio Ramirez-Rodriguez; DOB: 1990; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>22-02885MJ |

Complaint for violations of: Title 21, United States Code, Sections 846 and 844(a)
Title 8, United States Code, Sections 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** Beginning at a time unknown, and continuing to on or about February 2, 2022, at or near Lochiel, in the District of Arizona, **Sergio Antonio Miranda-Cuevas, Jose David Rascon-Ramirez, Armando Rascon-Ramirez and Marco Antonio Ramirez-Rodriguez**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), a felony.

All in violation of Title 21, United States Code, Section 846.

**Count 2:** On or about February 2, 2022, at or near Lochiel, in the District of Arizona, **Sergio Antonio Miranda-Cuevas, Jose David Rascon-Ramirez, Armando Rascon-Ramirez and Marco Antonio Ramirez-Rodriguez**, did each knowingly and intentionally possess a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a), a misdemeanor.

**Count 3:** On or about February 2, 2022, at or near Lochiel, in the District of Arizona, **Sergio Antonio Miranda-Cuevas, Jose David Rascon-Ramirez, Armando Rascon-Ramirez and Marco Antonio Ramirez-Rodriguez**, illegal aliens, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 2, 2022, at approximately 4:40 a.m., Border Patrol Agents (BPAs) working patrol duties near Lochiel, Arizona, received a report from the Integrated Fixed Tower camera operator of a group of six subjects located east of Forest Service Road (FSR) 61 and San Antonio Ranch. As BPAs responded to the area, the IFT camera operator reported that two subjects were seen running from the area. At approximately 5:15 a.m., BPAs approached the area where the IFT had visual of the subjects and found four individuals lying under a tree. All four subjects were found lying flat on the ground attempting to hide with backpacks and square rectangular pack on their backs. The four subjects, to include **Sergio Antonio MIRANDA-Cuevas, Jose David RASCON-Ramirez, Armando RASCON-Ramirez and Marco Antonio RAMIREZ-Rodriguez**, were determined to be citizens of Mexico and admitted to being in the United States without the proper documentation to enter, pass through or remain in the United States legally. A search of the area revealed one additional rectangular bundle for a total of five bundles. A representative sample of the contents of the bundles tested positive for the characteristics of marijuana. The marijuana had a total weight of 46.1 kilograms.

After waiving his Miranda rights, MIRANDA stated he knew it was illegal to enter the United States at a place other than a designated port of entry. MIRANDA stated he crossed marijuana into the United States in exchange for his smuggling fee. MIRANDA stated he knew it was illegal to bring in marijuana into the United States.

**BASIS OF COMPLAINT CONTINUED ON REVERSE**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie A. Sottosanti* JULIE SOTTOSANTI Digitally signed by JULIE SOTTOSANTI Date: 2022.02.03 12:03:24 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>February 3, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

After waiving his Miranda rights, Jose David RASCON-Ramirez admitted he does not have documentation that allows him to stay in the United States legally. RASCON stated he knew it was illegal to enter the United States at a place other than a designated port of entry. RASCON stated he crossed into the United States with a bag of food and bundle of marijuana. RASCON stated he paid $1,000 Mexican pesos as a smuggling fee, but the balance of the fee was waived in exchange for him carrying the bundle of marijuana.

After waiving his Miranda rights, Armando RASCON-Ramirez admitted that he does not have any documents that would allow him to remain in the United States legally. RASCON admitted to knowing that crossing into the United States at a place other than a designated port of entry was illegal. RASCON stated that in exchange for a smuggling fee, he agreed to carry marijuana into the United States. RASCON admitted to knowing that crossing marijuana into the United States is illegal.

After waiving his Miranda rights, RAMIREZ stated he has no documents that would allow him to stay in the United States legally. RAMIREZ stated it is normally $20,000 Mexican pesos to cross illegally into the United States, however, he and his companions exchanged crossing marijuana into the United States for their smuggling fee.

**Sergio Antonio Miranda-Cuevas, Jose David Rascon-Ramirez, Armando Rascon-Ramirez and Marco Antonio Ramirez-Rodriguez** are not citizens or nationals of the United States. On or about February 2, 2022, **Sergio Antonio Miranda-Cuevas, Jose David Rascon-Ramirez, Armando Rascon-Ramirez** and **Marco Antonio Ramirez-Rodriguez** knowingly entered the United States of America at or near Nogales, Arizona by entering at any time or place other than as designated by immigration officials. **Sergio Antonio Miranda-Cuevas, Jose David Rascon-Ramirez, Armando Rascon-Ramirez and Marco Antonio Ramirez-Rodriguez** admitted to knowingly entering the United States of America at or near Nogales, Arizona by entering at any time or place other than as designated by immigration officials.